IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-701-DCK

| MARSHALL O. LOWERY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

**IT IS, THEREFORE, ORDERED** that the trial of this matter shall be moved to the undersigned's civil term beginning **August 20, 2018**.

**IT IS FURTHER ORDERED** that the parties shall file a Mediation Report on or before **March 26, 2018**, and **SHOW CAUSE** why it was not timely filed by February 12, 2018. See (Document Nos. 30, 31).

**SO ORDERED**.

Signed: March 21, 2018

David C. Keesler
United States Magistrate Judge