# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:16-CV-701-DCK

| | | |
|---|---|---|
| **MARSHALL O. LOWERY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For A Stay Of Case In Light Of Lapse Of Appropriations" (Document No. 63) filed December 2, 2018. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion without prejudice.

If the partial Government shutdown continues through January 11, 2019, the Court will reconsider a stay of this case.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion For A Stay Of Case In Light Of Lapse Of Appropriations" (Document No. 63) is **DENIED WITHOUT PREJUDICE**.

Signed: January 3, 2019

David C. Keesler
United States Magistrate Judge