# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:16-CV-701-DCK

| | |
|---|---|
| MARSHALL O. LOWERY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. After careful consideration of the docket of this case, and the undersigned's calendar, it appears that postponement of the current trial setting is necessary.

**IT IS, THEREFORE, ORDERED** that the trial of this matter shall be moved to the undersigned's civil term beginning **April 8, 2019**.

**IT IS FURTHER ORDERED** that the parties shall appear for a final pretrial conference on **March 27, 2019** at **2:00 p.m.** in Courtroom # 2-2.

**SO ORDERED**.

Signed: January 11, 2019

David C. Keesler
United States Magistrate Judge