# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-701-DCK

| | |
|---|---|
| MARSHALL O. LOWERY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

The undersigned notes that the parties in this matter filed a "Notice Of Settlement" (Document 84) on May 17, 2019.

**IT IS, THEREFORE, ORDERED** that the trial of this matter scheduled for Monday, May 20, 2019 is **CANCELLED**.

**SO ORDERED**.

Signed: May 17, 2019

David C. Keesler
United States Magistrate Judge